UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | Case No.: 19-80399 C-7D |
| ) | |
| JOE SANDERFORD & SON LOGGING, INC., ) | |
| ) | |
| Debtor ) | |

MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

NOW COMES the debtor, by and through its undersigned counsel, and moves the Court for an order extending the time for which to file schedules for a period of 6 days. The debtor commenced this case on June 4, 2019. The debtor is permitted until and including June 18, 2019 to timely complete its various schedules and statement of financial affairs. The debtor and debtor's counsel request the additional time to properly prepare the appropriate schedules and to provide complete information to the Court, trustee and creditors in the case. The debtor and counsel have spent considerable time preparing the schedules, but require additional time to complete the schedules and statement of financial affairs.

WHEREFORE, the debtor respectfully requests that the Court allow the debtor to and including the 24th day of June, 2019 to file the completed schedules of assets and liabilities, income and expenses and statement of financial affairs.

This the 18th day of June, 2019.

/s/Phillip E. Bolton
Phillip E. Bolton SB #12326
Attorney for the Debtor
622-C Guilford College Rd.
Greensboro, NC 27409
(336) 294-7777

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE SANDERFORD & SON LOGGING, INC.,<br><br>Debtor | Case No.: 19-80399 C-7D |

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he served the document(s) shown below upon all parties shown on the attached matrix by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service.

    This the 18th day of June, 2019.

    /s/Phillip E. Bolton
PHILLIP E. BOLTON
Attorney for Petitioner
622-C Guilford College Rd.
Greensboro, NC 27409
(336) 294-7777

DOCUMENT(S) SERVED:

    MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

SERVED ON:

William P. Miller, Bankruptcy Administrator
101 S. Edgeworth Street
Greensboro, NC 27402

James B. Angell
Attorney for Erin Sanderford
P. O. Box 12347
Raleigh, NC 27605

James B Craven, III
P.O. Box 1366
Durham, NC 27702