United States Bankruptcy Court
Middle District of North Carolina

In re:  
Joe Sanderford And Son Logging, Inc.  
    Debtor

Case No. 19-80399-lmj  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0418-1 | User: randolph | Page 1 of 1 | Date Rcvd: Jun 28, 2019 |
| | Form ID: 163 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db          +Joe Sanderford And Son Logging, Inc.,    P.O. Box 337,    Goldston, NC 27252-0337
            +Capital Bank, N.A.,    300 E. Raleigh St.,    Siler City, NC 27344-3202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
```
          Gregory   Chocklett     on behalf of Creditor    Direct Capital, Div. of CIT Bank, NA
           gchocklett@chocklettlaw.com
          James B. Angell     on behalf of Trustee James B. Angell, JAngell@hsfh.com,  mmurdock@hsfh.com,
           jmcinnes@hsfh.com,jba10@trustesolutions.net
          James B. Angell,     jangell@hsfh.com,  mmurdock@hsfh.com,jmcinnes@hsfh.com,
           jba10@trustesolutions.net
          James B. Craven, III    on behalf of Creditor Erin Crawford Sanderford jbc64@mindspring.com
          Matthew F. Kye     on behalf of Creditor    Sumitomo Mitsui Finance and Leasing Co., Ltd.
           mkye@kyelaw.com
          Phillip E. Bolton    on behalf of Debtor    Joe Sanderford And Son Logging, Inc. filing@boltlaw.net
          William P. Miller     bancm_ecf@ncmba.uscourts.gov
                                                                                             TOTAL: 7
```

Form 163

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19–80399

IN THE MATTER OF:
Joe Sanderford And Son Logging, Inc.    46–2469284
P.O. Box 337
Goldston, NC 27252

    Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE THAT the following request has been made with the Court:

Motion for Relief From Stay regarding Tigercat 720E Feller Buncher, Tigercat 5000 Saw Head, Lights, AC/Heat, CB Radio, Stereo, and 28L Tires filed by Creditor Direct Capital, Div. of CIT Bank, NA

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 7/10/19 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420–6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 7/18/19 at 11:00 AM in the following location:

*Courtroom – Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 6/28/19                                                            OFFICE OF THE CLERK/TR