**Fill in this information to identify the case:**

Debtor name: **Joe Sanderford And Son Logging, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF NORTH CAROLINA**

Case number (if known): **19-80399**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address<br>**Chatham County Tax Office**<br>**P.O. Box 697**<br>**Pittsboro, NC 27312**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| 2.2 | Priority creditor's name and mailing address<br>**Department of The Treasury**<br>**Internal Revenue Service**<br>**Kansas City, MO 64999**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **9284**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $56.18 | $0.00 |

Debtor: **Joe Sanderford And Son Logging, Inc.** (Name)  
Case number (if known): **19-80399**

### 2.3
Priority creditor's name and mailing address:  
**Employment Security Commission**  
**Attn: Tax Dept.**  
**P.O. Box 26504**  
**Raleigh, NC 27611-6504**

Date or dates debt was incurred

Last 4 digits of account number  
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  
■ No  
☐ Yes

$0.00         $0.00

---

### 2.4
Priority creditor's name and mailing address:  
**Internal Revenue Service**  
**P.O. Box 7346**  
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number  
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  
■ No  
☐ Yes

$963.50         $152.81

---

### 2.5
Priority creditor's name and mailing address:  
**NC Dept. of Revenue**  
**P.O. Box 1168**  
**Raleigh, NC 27640**

Date or dates debt was incurred

Last 4 digits of account number  
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim:

Is the claim subject to offset?  
■ No  
☐ Yes

$0.00         $0.00

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1
Nonpriority creditor's name and mailing address:  
**Ally Financial**  
**P.O. Box 380902**  
**Minneapolis, MN 55438**

Date(s) debt was incurred __  
Last 4 digits of account number **8179**

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

$30,000.00

### 3.2
Nonpriority creditor's name and mailing address:  
**Bank of Ozark**  
**P.O. Box 242208**  
**Little Rock, AR 72223**

Date(s) debt was incurred __  
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: **Tractor**

Is the claim subject to offset?  ■ No   ☐ Yes

$5,000.00

---

Official Form 206 E/F         Schedule E/F: Creditors Who Have Unsecured Claims         Page 2 of 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor: **Joe Sanderford And Son Logging, Inc.**  
Case number (if known): **19-80399**

---

**3.3** Nonpriority creditor's name and mailing address  
BB&T  
P.O. Box 580340  
Charlotte, NC 28258  

Date(s) debt was incurred __  
Last 4 digits of account number **4244**

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Credit Card Transactions**  
Is the claim subject to offset? ■ No  ☐ Yes

**$2,708.58**

---

**3.4** Nonpriority creditor's name and mailing address  
BB&T  
P.O. Box 580340  
Charlotte, NC 28258  

Date(s) debt was incurred __  
Last 4 digits of account number **7064**

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Credit Card Transactions**  
Is the claim subject to offset? ■ No  ☐ Yes

**$1,900.16**

---

**3.5** Nonpriority creditor's name and mailing address  
BBVA Compass  
P.O. Box 2201  
Decatur, AL 35609  

Date(s) debt was incurred __  
Last 4 digits of account number **0959**

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: __  
Is the claim subject to offset? ■ No  ☐ Yes

**$9,530.00**

---

**3.6** Nonpriority creditor's name and mailing address  
Bobby Maine  
1200 Flynn McPherson Road  
Cameron, NC 28326  

Date(s) debt was incurred __  
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: __  
Is the claim subject to offset? ■ No  ☐ Yes

**$2,820.00**

---

**3.7** Nonpriority creditor's name and mailing address  
Caine & Weiner  
12005 Ford Road  
Dallas, TX 75234  

Date(s) debt was incurred __  
Last 4 digits of account number **5211**

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Insurance Premium**  
Is the claim subject to offset? ■ No  ☐ Yes

**$693.95**

---

**3.8** Nonpriority creditor's name and mailing address  
Caterpillar Financial Services Corp.  
P.O. Box 730681  
Dallas, TX 75373  

Date(s) debt was incurred __  
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: __  
Is the claim subject to offset? ■ No  ☐ Yes

**$3,175.00**

---

**3.9** Nonpriority creditor's name and mailing address  
Central Carolina Power Equipment  
526 Wicker Street  
Sanford, NC 27330  

Date(s) debt was incurred __  
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: __  
Is the claim subject to offset? ■ No  ☐ Yes

**$72,500.00**

---

Debtor: Joe Sanderford And Son Logging, Inc.   Case number (if known): 19-80399

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Chatham Industrial Supply<br>581 East Third Street<br>Siler City, NC 27344<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Supplies<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,910.29** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Cruco Mill And Industrial Supply, LLC<br>111 McNeil Road<br>Sanford, NC 27330<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1057 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,306.86** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Erin Crawford Sanderford<br>c/o C. Todd Roper, Esquire<br>Moody, Williams, Roper & Lee, LLP<br>P.O. Box 1806<br>Pittsboro, NC 27312<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Civil Suit - 19CVD236<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>First Bank<br>P.O. Box 508<br>Troy, NC 27371<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Gregory Poole Equipment<br>PO Box 60457<br>Charlotte, NC 28260<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Purchases<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,055.82** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Hussey Oil Co., LLC<br>P.O. Box 1357<br>Robbins, NC 27325<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,954.98** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>John Woodie Enterprises, Inc.<br>8325 Highway 70 East<br>La Grange, NC 28551<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,000.00** |

Debtor   **Joe Sanderford And Son Logging, Inc.**                              Case number (if known)   **19-80399**
         Name

| | | |
|---|---|---:|
| 3.17 | Nonpriority creditor's name and mailing address<br>**Joseph Sanderford**<br>445 Vernie Phillips Road<br>Bear Creek, NC 27207<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.18 | Nonpriority creditor's name and mailing address<br>**PowerPlan**<br>P.O. Box 5328<br>Madison, WI 53705<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,370.00 |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Rufus L. Johnson**<br>**Land Surveying**<br>126 S. Chatham Avenue<br>Siler City, NC 27344<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $675.00 |
| 3.20 | Nonpriority creditor's name and mailing address<br>**SunTrust**<br>P.O. Box 305183<br>Nashville, TN 37230<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0734** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.21 | Nonpriority creditor's name and mailing address<br>**SunTrust**<br>P.O. Box 791250<br>Baltimore, MD 21279<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0726** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card Transactions**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,370.00 |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Thomas Tire Commercial & Off Road**<br>P.O. Box 2917<br>Asheboro, NC 27204<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Purchases**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,978.85 |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Williams Overman Pierce, LLP**<br>2501 Atrium Drive, Ste. 500<br>Raleigh, NC 27607<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,000.00 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 5 of 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Joe Sanderford And Son Logging, Inc. | Case number (if known) | 19-80399 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,019.68 |
| 5b. Total claims from Part 2 | 5b. + | $ | 196,949.49 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 197,969.17 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

JOE SANDERFORD AND SONS LOGGING, INC.

Case # 19-80399 C-13D

Debtor

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the attached document(s) below upon the parties listed below by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by electronic means as allowed by the Court.

This the 28th day of January, 2020.

by:   /s/ Phillip E. Bolton
Phillip E. Bolton
Attorney for Debtor(s)
Bolton Law Group
622-C Guilford College Rd.
Greensboro, NC 27409

DOCUMENT(S) SERVED:
Amended Schedule E/F to reflect Chatham Industrial Supply, SunTrust, BB&T, and Cruco Mill And Industrial Supply, LLC, as additional creditors; Notice of 341 Hearing; **Application for Approval of Appointment of Broker;** Order Granting Application to Employ Williams Overman Pierce, LLP as Accountant; Application for Approval of Appointment of Chris J. Crawford and Iron Horse Auction Company to serve as broker. Order Granting Amended Application to Employ Chris J. Crawford and Iron Horse Auction Company as auctioneer.

ELECTRONICALLY SERVED ON:
William P. Miller
United States Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402

James B. Angell, Trustee
P. O. Box 12347
Raleigh, NC 27605

Chatham Industrial Supply
581 E. Third Street
Siler City, NC 27344

SunTrust
P.O. Box 791250
Baltimore, MD 21279


BB&T
P.O. Box 580340
Charlotte, NC 28258

BB&T
P.O. Box 2322
Lumberton, NC 27369

Cruco Mill and Industrial
Supply, LLC
111 McNeil Road
Sanford, NC 27330