UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-80399 |
| | § | |
| JOE SANDERFORD AND SON | § | |
| LOGGING, INC. | § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>06/04/2019</u>. The undersigned trustee was appointed on <u>06/04/2019</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $79,415.90

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $14,832.50 |
   | Bank service fees | $295.07 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $64,288.33 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,220.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,220.79, for a total compensation of $7,220.79[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $333.36, for total expenses of $333.36.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2021                                    By:   /s/ James B. Angell
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 19-80399 | | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | Date Filed (f) or Converted (c): | 06/04/2019 (f) |
| For the Period Ending: | 4/13/2021 | | §341(a) Meeting Date: | 06/28/2019 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2008 Pitt Trailer - Low Bar | $5,000.00 | $15,120.00 | | $15,120.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Order granting private sale to Tony Capps for $14,000 plus $1,120.00 buyers premium (Doc 65) | | | | | | | |
| 2 | 2014 Freightliner | $0.00 | $0.00 | | $0.00 | FA | $52,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Bank of Ozark<br>Order lifting stay entered at Doc 48<br>Removed as an asset per Amended A/B (DE 55) | | | | | | | |
| 3 | 1988 Dump Truck | $500.00 | $1,000.00 | | $1,000.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Motion for Private Sale filed 5/14/2020 Doc 88; Order Granting Private Sale entered 6/17/2020 Doc 95 (Sale to Donald Joseph Sanderfor for $1,000.00)<br><br>Scheduled as 1988 Dump Truck; Per Auctioneer Dump Truck is a 1998 with a blown engine | | | | | | | |
| 4 | 2012 Tigercat 720 E and Tigercat Sawhead Cutter | $70,000.00 | $0.00 | | $0.00 | FA | $110,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Direct Capital; Relief from stay granted per order at Doc 24 | | | | | | | |
| 5 | Skidder | $300,000.00 | $0.00 | | $0.00 | FA | $300,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Falcon Leasing; Returned to Falcon after attempt to auction, no sale; | | | | | | | |
| 6 | 2014 Freightliner | $0.00 | $0.00 | | $0.00 | FA | $52,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Bank of Ozark; Order lifting stay entered at Doc 48<br>Removed as an asset per Amended A/B (DE 55) | | | | | | | |
| 7 | 5 Acre Lot/Building | $60,000.00 | $60,000.00 | | $63,295.90 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Order granting Motion to sell property at public sale (Doc 84); Property sold pursuant to sales agreement. Net proceeds of $63,295.90 received for asset 7 & 9. Payment recorded on asset 7. | | | | | | | |
| 8 | Duplicate - Skidder | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Sumitomo Mitsui Finance & Leasing Co.; Relief from Stay granted at Doc 40 | | | | | | | |
| 9 | 5 acre tract unimproved | $20,000.00 | $20,000.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Order granting Motion to sell property at public sale (Doc 84); Property sold pursuant to sales agreement. Net proceeds of $63,295.90 received for asset 7 & 9. Payment recorded on asset 7. | | | | | | | |
| 10 | 2010 GMC Yukon | $8,000.00 | $0.00 | | $0.00 | FA | $95,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Capital Bank | | | | | | | |
| 11 | Duplicate - 2012 Tigercat 720 E and Tigercat Sawhead | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Sumitoto Mitsui Finance; Relief from stay granted at Doc 40 | | | | | | | |
| 12 | (2) 2012 Freighliner Cascadia trucks | $34,000.00 | $0.00 | | $0.00 | FA | $36,000.00 | $0.00 |
| **Asset Notes:** | Lien Holder: Bank of Ozark; Stay Lifted Pursuant to doc 40 | | | | | | | |
| 13 | 2017 Tigercat 360 E Skidder | $244,000.00 | $84,500.00 | | $0.00 | FA | $159,500.00 | $0.00 |
| **Asset Notes:** | Sumitoto Mitsui Finance; Relief from stay granted at Doc 48 | | | | | | | |
| 14 | 2015 Barko Loader | $120,000.00 | $0.00 | | $0.00 | FA | $162,750.00 | $0.00 |
| **Asset Notes:** | Lienholder: Sumitomo Finance and Leasing Company; Order granting relief from stay at Doc 48 | | | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 19-80399 | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | Date Filed (f) or Converted (c): | 06/04/2019 (f) |
| For the Period Ending: | 4/13/2021 | §341(a) Meeting Date: | 06/28/2019 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| **TOTALS (Excluding unknown value)** | **$861,500.00** | **$180,620.00** | | **$79,415.90** | **$0.00** | **$967,250.00** | **$0.00** |

**Major Activities affecting case closing:**
   THE TRUSTEE IS OBJECTING TO AN AMENDED CLAIM FILED BY SUMITOMO AND IS PREPARING TO CLOSE THE CASE.

   FOURTH INTERIM REPORT

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ JAMES B. ANGELL - MIDDLE DISTRICT OF NC |
| Current Projected Date Of Final Report (TFR): | 03/31/2021 | JAMES B. ANGELL - MIDDLE DISTRICT OF NC |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |  | | |
|---|---|---|---|---|---|
| Case No. | 19-80399 | | Trustee Name: | James B. Angell | |
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***9284 | | Checking Acct #: | ******0399 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | |
| For Period Beginning: | 6/4/2019 | | Blanket bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 4/13/2021 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2020 | (7) | BAIN & MCREA LLP TRUST ACCOUNT | Payment pursuant to sales agreement | 1110-000 | $63,295.90 | | $63,295.90 |
| 06/19/2020 | (3) | SANDERFORD TRUCKING | SALE OF DUMP TRUCK | 1229-000 | $1,000.00 | | $64,295.90 |
| 07/09/2020 | 3001 | Iron Horse Auction Company, Inc. | Commission & expenses pursuant to order doc 97 | * | | $7,500.00 | $56,795.90 |
| | | | $(6,000.00) | 3610-000 | | | $56,795.90 |
| | | | $(1,500.00) | 3620-000 | | | $56,795.90 |
| 08/26/2020 | (1) | IRON HORSE AUCTION COMPANY | | 1129-000 | $15,120.00 | | $71,915.90 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $86.76 | $71,829.14 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $104.74 | $71,724.40 |
| 10/12/2020 | 3002 | Iron Horse Auction Company | Payment pursuant to order (Doc 115) | * | | $2,527.50 | $69,196.90 |
| | | | $(2,100.00) | 3610-000 | | | $69,196.90 |
| | | | $(427.50) | 3620-000 | | | $69,196.90 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $103.57 | $69,093.33 |
| 04/13/2021 | 3003 | Williams Overman PierceLLP | Payment pursuant to order (Doc 133) | 3410-000 | | $4,805.00 | $64,288.33 |
| | | | **TOTALS:** | | $79,415.90 | $15,127.57 | $64,288.33 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $79,415.90 | $15,127.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $79,415.90 | $15,127.57 | |

| For the period of 6/4/2019 to 4/13/2021 | | For the entire history of the account between 06/02/2020 to 4/13/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $79,415.90 | Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 | Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,127.57 | Total Compensable Disbursements: | $15,127.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,127.57 | Total Comp/Non Comp Disbursements: | $15,127.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-80399 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9284 | | Checking Acct #: | ******0399 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/4/2019 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/13/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $79,415.90 | $15,127.57 | $64,288.33 |

For the period of <u>6/4/2019</u> to <u>4/13/2021</u>

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,127.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,127.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between <u>06/04/2019</u> to <u>4/13/2021</u>

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,127.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,127.57 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES B. ANGELL

JAMES B. ANGELL

CLAIM ANALYSIS REPORT    Page No: 1    Exhibit C

| Case No.: | 19-80399 | | | Trustee Name: | James B. Angell - Middle District of NC |
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | | Date: | 2/03/2021 |
| Claims Bar Date: | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FALCON LEASING  A Division of Falcon National Bank  28 11th Ave South  Cloud MN 56301 | 06/24/2019 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $60,271.38 | $60,271.38 | $0.00 | $0.00 | $0.00 | $60,271.38 |
| Claim Notes: | Claim on property secured by an asset the Trustee will no administer | | | | | | | | | | | |
| 2 | THOMAS TIRE COMMERCIAL & OFF ROAD  P.O. Box 2917  Asheboro NC 27204 | 06/25/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,984.36 | $4,984.36 | $0.00 | $0.00 | $0.00 | $4,984.36 |
| 3 | CITIZENS BANK N.A.  One Citizens Bank Way JCA115  Johnston RI 02919 | 06/27/2019 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $13,545.14 | $13,545.14 | $0.00 | $0.00 | $0.00 | $13,545.14 |
| Claim Notes: | Claim on property secured by an asset the Trustee will no administer  secured by 2010 GMC Yukon | | | | | | | | | | | |
| 4 | CENTRAL CAROLINA POWER EQUIPMENT,INC  4127 JEFFERSON DAVIS HIGHWAY  SANFORD NC 27332 | 06/27/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $766.95 | $766.95 | $0.00 | $0.00 | $0.00 | $766.95 |
| 5 | DIRECT CAPITAL  C/O CIT Bank  P.O. Box 7056  Pasadena CA 91109 | 07/03/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $78,205.09 | $78,205.09 | $0.00 | $0.00 | $0.00 | $78,205.09 |
| 6 | HUSSEY OIL CO., LLC  P.O. Box 1357  Robbins NC 27325 | 07/12/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,541.76 | $9,541.76 | $0.00 | $0.00 | $0.00 | $9,541.76 |

| Case No.: | | 19-80399 | | | | | Trustee Name: | | James B. Angell - Middle District of NC |
| Case Name: | | JOE SANDERFORD AND SON LOGGING, INC. | | | | | Date: | | 2/03/2021 |
| Claims Bar Date: | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES<br>Bankruptcy Department<br>PO Box 108<br>Louis MO 63166-0108 | 07/16/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,922.65 | $1,922.65 | $0.00 | $0.00 | $0.00 | $1,922.65 |
| 8 | SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMIT<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville NY 11747 | 07/22/2019 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Amended | 4210-000 | $0.00 | $340,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:    Amended by claim 8a

| 8a | SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMIT<br>c/o Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville NY 11747 | 07/22/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $70,071.50 | $70,071.50 | $0.00 | $0.00 | $0.00 | $70,071.50 |
| 9 | BOBBY MAIN SR.<br>1200 Flynn McPherson Rd.<br>Cameron NC 28326 | 07/26/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,895.00 | $3,895.00 | $0.00 | $0.00 | $0.00 | $3,895.00 |

Claim Notes:    Objection to claim filed 6/2/2020 (Doc 91); Order sustaining objection entered 11/17/2020 (Doc 118) - allowed as a timely-filed general unsecured claim in the amount of $3,895.00

(9-1) services & parts

| 10 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 09/03/2019 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $152.81 | $152.81 | $0.00 | $0.00 | $0.00 | $152.81 |
| 10a | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 09/03/2019 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $810.69 | $810.69 | $0.00 | $0.00 | $0.00 | $810.69 |

CLAIM ANALYSIS REPORT

Page No: 3                Exhibit C

| Case No. | 19-80399 | | | | | | Trustee Name: | James B. Angell - Middle District of NC |
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | | | | | Date: | 4/23/2021 |
| Claims Bar Date: | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 401 WEST VALLEY AVE<br><br>PO Box 10566<br>401 West Valley Ave, N/A<br>Birmingham AL 35296 | 09/06/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,523.88 | $8,523.88 | $0.00 | $0.00 | $0.00 | $8,523.88 |
| 12 | RUFUS L. JOHNSON SR.<br><br>126 South Chatham Avenue<br>Siler City NC 27344 | 09/18/2019 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $675.00 | $675.00 | $0.00 | $0.00 | $0.00 | $675.00 |
| 2100 | JAMES B. ANGELL | 11/09/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,220.79 | $7,220.79 | $0.00 | $0.00 | $0.00 | $7,220.79 |
| 2200 | JAMES B. ANGELL | 11/09/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $333.36 | $333.36 | $0.00 | $0.00 | $0.00 | $333.36 |
| 3110 | HOWARD, STALLINGS, FROM, ATKINS, ANGELL & DAVIS, PA | 10/27/2020 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $11,654.00 | $11,654.00 | $0.00 | $0.00 | $0.00 | $11,654.00 |
| 3120 | HOWARD, STALLINGS, FROM, ATKINS, ANGELL & DAVIS, PA | 11/09/2020 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $15.75 | $15.75 | $0.00 | $0.00 | $0.00 | $15.75 |
| 3410 | WILLIAMS OVERMAN PIERCELLP<br><br>c/o Edward Golden<br>2501 Atrium Dr, Suite 500<br>Raleigh NC 27607 | 11/09/2020 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $4,805.00 | $4,805.00 | $4,805.00 | $0.00 | $0.00 | $0.00 |
| 3610 | IRON HORSE AUCTION COMPANY<br><br>c/o Chris Crawford<br>174 Airport Rd<br>Rockingham NC 28379 | 10/12/2020 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $0.00 | $2,100.00 | $2,100.00 | $2,100.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:   Payment of fees in the amount of $2,100.00 & reimbursement of expenses in the amount of $427.50 pursuant to order (Doc 115)

| 3610 | IRON HORSE AUCTION COMPANY<br><br>c/o Chris J. Crawford<br>P.O. Box 1267<br>Rockingham NC 28380 | 07/09/2020 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $0.00 | $6,000.00 | $6,000.00 | $6,000.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:   Payment on fees pursuant to order doc 97 - Sale of real property

| Case No. | 19-80399 | | | | | | | | Trustee Name: | James B. Angell - Middle District of NC |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | | | | | | | Date: | 4/23/2021 |
| Claims Bar Date: | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3620 | IRON HORSE AUCTION COMPANY, INC. c/o Chris J. Crawford P.O. Box 1267 Rockingham NC 28380 | 07/09/2020 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Payment on advertising expenses pursuant to order doc 97 - Sale of real property | | | | | | | | | | | |
| 3620 | IRON HORSE AUCTION COMPANY c/o Chris Crawford 174 Airport Rd Rockingham NC 28379 | 10/12/2020 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $427.50 | $427.50 | $427.50 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Payment of fees in the amount of $2,100.00 & reimbursement of expenses in the amount of $427.50 pursuant to order (Doc 115) | | | | | | | | | | | |
| 3621 | INDEPENDENT BANK | 11/09/2020 | Bank and Technology Services Fees | Allowed | 2600-000 | $0.00 | $295.07 | $0.00 | $295.07 | $0.00 | $0.00 | $0.00 |
| | | | | | | $627,717.68 | $287,422.61 | $15,127.57 | $0.00 | $0.00 | | $272,590.11 |

**CLAIM ANALYSIS REPORT**

| Case No. | 19-80399 | Trustee Name: | James B. Angell - Middle District of NC |
|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | Date: | 4/23/2021 |
| Claims Bar Date: | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $4,805.00 | $4,805.00 | $4,805.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $15.75 | $15.75 | $0.00 | $0.00 | $0.00 | $15.75 |
| Attorney for Trustee Fees (Trustee Firm) | $11,654.00 | $11,654.00 | $0.00 | $0.00 | $0.00 | $11,654.00 |
| Auctioneer for Trustee Expenses | $1,927.50 | $1,927.50 | $1,927.50 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $8,100.00 | $8,100.00 | $8,100.00 | $0.00 | $0.00 | $0.00 |
| Bank and Technology Services Fees | $295.07 | $0.00 | $295.07 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $152.81 | $152.81 | $0.00 | $0.00 | $0.00 | $152.81 |
| Fines, Penalties § 726(a)(4) | $810.69 | $810.69 | $0.00 | $0.00 | $0.00 | $810.69 |
| General Unsecured § 726(a)(2) | $178,586.19 | $178,586.19 | $0.00 | $0.00 | $0.00 | $178,586.19 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $413,816.52 | $73,816.52 | $0.00 | $0.00 | $0.00 | $73,816.52 |
| Trustee Compensation | $7,220.79 | $7,220.79 | $0.00 | $0.00 | $0.00 | $7,220.79 |
| Trustee Expenses | $333.36 | $333.36 | $0.00 | $0.00 | $0.00 | $333.36 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-80399
Case Name: JOE SANDERFORD AND SON LOGGING, INC.
Trustee Name: James B. Angell

Balance on hand: $64,288.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Falcon Leasing | $60,271.38 | $60,271.38 | $0.00 | $0.00 |
| 3 | Citizens Bank N.A. | $13,545.14 | $13,545.14 | $0.00 | $0.00 |
| 8 | Sumitomo Mitsui Finance and Leasing Company, Limit | $340,000.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $64,288.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| James B. Angell, Trustee Fees | $7,220.79 | $0.00 | $7,220.79 |
| James B. Angell, Trustee Expenses | $333.36 | $0.00 | $333.36 |
| Howard, Stallings, From, Atkins, Angell & Davis, PA, Attorney for Trustee Fees | $11,654.00 | $0.00 | $11,654.00 |
| Howard, Stallings, From, Atkins, Angell & Davis, PA, Attorney for Trustee Expenses | $15.75 | $0.00 | $15.75 |
| Williams Overman PierceLLP, Accountant for Trustee Fees | $4,805.00 | $4,805.00 | $0.00 |
| Iron Horse Auction Company, Auctioneer for Trustee Fees | $2,100.00 | $2,100.00 | $0.00 |
| Iron Horse Auction Company, Auctioneer for Trustee Expenses | $427.50 | $427.50 | $0.00 |
| Other: Iron Horse Auction Company, Inc., Auctioneer for Trustee Fees | $6,000.00 | $6,000.00 | $0.00 |
| Other: Iron Horse Auction Company, Inc., | $1,500.00 | $1,500.00 | $0.00 |

| Auctioneer for Trustee Expenses | | | |
|---|---|---|---|

                Total to be paid for chapter 7 administrative expenses:    $19,223.90
                                                  Remaining balance:    $45,064.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

                Total to be paid to prior chapter administrative expenses:    $0.00
                                                    Remaining balance:    $45,064.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $152.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Internal Revenue Service | $152.81 | $0.00 | $152.81 |

                                      Total to be paid to priority claims:    $152.81
                                                    Remaining balance:    $44,911.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $178,586.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Thomas Tire Commercial & Off Road | $4,984.36 | $0.00 | $1,253.49 |
| 4 | CENTRAL CAROLINA POWER EQUIPMENT,INC | $766.95 | $0.00 | $192.88 |
| 5 | Direct Capital | $78,205.09 | $0.00 | $19,667.35 |
| 6 | Hussey Oil Co., LLC | $9,541.76 | $0.00 | $2,399.60 |
| 7 | U.S. Bank NA dba Elan Financial Services | $1,922.65 | $0.00 | $483.52 |

| | | | | |
|---|---|---:|---:|---:|
| 8a | Sumitomo Mitsui Finance and Leasing Company, Limit | $70,071.50 | $0.00 | $17,621.88 |
| 9 | Bobby Main Sr. | $3,895.00 | $0.00 | $979.53 |
| 11 | 401 West Valley Ave | $8,523.88 | $0.00 | $2,143.62 |
| 12 | Rufus L. Johnson Sr. | $675.00 | $0.00 | $169.75 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $44,911.62 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $810.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 10a | Internal Revenue Service | $810.69 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |