UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| In re: | § | Case No. 19-80399 |
|---|---|---|
| | § | |
| JOE SANDERFORD AND SON LOGGING, INC. | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

James B. Angell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $796,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $44,894.68 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $34,521.22 | | |

3) Total gross receipts of $79,415.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $79,415.90 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $413,816.52 | $73,816.52 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $34,521.22 | $34,226.15 | $34,521.22 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $152.81 | $152.81 | $152.81 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $179,396.88 | $179,396.88 | $44,741.87 |
| **Total Disbursements** | $0.00 | $627,887.43 | $287,592.36 | $79,415.90 |

4). This case was originally filed under chapter 7 on 06/04/2019. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/10/2021</u>          By:  <u>/s/ James B. Angell</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 5 Acre Lot/Building | 1110-000 | $63,295.90 |
| 2008 Pitt Trailer - Low Bar | 1129-000 | $15,120.00 |
| 1988 Dump Truck | 1229-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | $79,415.90 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Falcon Leasing | 4210-000 | $0.00 | $60,271.38 | $60,271.38 | $0.00 |
| 3 | Citizens Bank N.A. | 4210-000 | $0.00 | $13,545.14 | $13,545.14 | $0.00 |
| 8 | Sumitomo Mitsui Finance and Leasing Company, Limit | 4210-000 | $0.00 | $340,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $413,816.52 | $73,816.52 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James B. Angell, Trustee | 2100-000 | NA | $7,220.79 | $7,220.79 | $7,220.79 |
| James B. Angell, Trustee | 2200-000 | NA | $333.36 | $333.36 | $333.36 |
| Independent Bank | 2600-000 | NA | $295.07 | $0.00 | $295.07 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $169.75 | $169.75 | $169.75 |
| Howard, Stallings, From, Atkins, Angell & Davis, PA, Attorney for Trustee | 3110-000 | NA | $11,654.00 | $11,654.00 | $11,654.00 |
| Howard, Stallings, From, Atkins, Angell & Davis, PA, Attorney for Trustee | 3120-000 | NA | $15.75 | $15.75 | $15.75 |
| Williams Overman | 3410-000 | NA | $4,805.00 | $4,805.00 | $4,805.00 |

| | | | | | |
|---|---|---|---|---|---|
| PierceLLP, Accountant for Trustee | | | | | |
| Auctioneer for Trustee | 3610-000 | NA | $8,100.00 | $8,100.00 | $8,100.00 |
| Auctioneer for Trustee | 3620-000 | NA | $1,927.50 | $1,927.50 | $1,927.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $34,521.22 | $34,226.15 | $34,521.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Internal Revenue Service | 5800-000 | $0.00 | $152.81 | $152.81 | $152.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $152.81 | $152.81 | $152.81 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Thomas Tire Commercial & Off Road | 7100-000 | $0.00 | $4,984.36 | $4,984.36 | $1,253.49 |
| 4 | CENTRAL CAROLINA POWER EQUIPMENT,INC | 7100-000 | $0.00 | $766.95 | $766.95 | $192.88 |
| 5 | Direct Capital | 7100-000 | $0.00 | $78,205.09 | $78,205.09 | $19,667.35 |
| 6 | Hussey Oil Co., LLC | 7100-000 | $0.00 | $9,541.76 | $9,541.76 | $2,399.60 |
| 7 | U.S. Bank NA dba Elan Financial Services | 7100-000 | $0.00 | $1,922.65 | $1,922.65 | $483.52 |
| 8a | Sumitomo Mitsui Finance and Leasing Company, Limit | 7100-000 | $0.00 | $70,071.50 | $70,071.50 | $17,621.88 |
| 9 | Bobby Main Sr. | 7100-000 | $0.00 | $3,895.00 | $3,895.00 | $979.53 |
| 10a | Internal Revenue Service | 7300-000 | $0.00 | $810.69 | $810.69 | $0.00 |
| 11 | 401 West Valley Ave | 7100-000 | $0.00 | $8,523.88 | $8,523.88 | $2,143.62 |
| 12 | Rufus L. Johnson Sr. | 7100-000 | $0.00 | $675.00 | $675.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $179,396.88 | $179,396.88 | $44,741.87 |

Case 19-80399    Doc 152    Filed 09/10/21    Page 5 of 11

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-80399 | | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | Date Filed (f) or Converted (c): | 06/04/2019 (f) |
| For the Period Ending: | 9/10/2021 | | §341(a) Meeting Date: | 06/28/2019 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

**Ref. #**

| 1 | 2008 Pitt Trailer - Low Bar | $5,000.00 | $15,120.00 | | $15,120.00 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Order granting private sale to Tony Capps for $14,000 plus $1,120.00 buyers premium (Doc 65)

| 2 | 2014 Freightliner | $0.00 | $0.00 | | $0.00 | FA | $52,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Bank of Ozark
Order lifting stay entered at Doc 48
Removed as an asset per Amended A/B (DE 55)

| 3 | 1988 Dump Truck | $500.00 | $1,000.00 | | $1,000.00 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Motion for Private Sale filed 5/14/2020 Doc 88; Order Granting Private Sale entered 6/17/2020 Doc 95 (Sale to Donald Joseph Sanderfor for $1,000.00)

Scheduled as 1988 Dump Truck; Per Auctioneer Dump Truck is a 1998 with a blown engine

| 4 | 2012 Tigercat 720 E and Tigercat Sawhead Cutter | $70,000.00 | $0.00 | | $0.00 | FA | $110,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Direct Capital; Relief from stay granted per order at Doc 24

| 5 | Skidder | $300,000.00 | $0.00 | | $0.00 | FA | $300,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Falcon Leasing; Returned to Falcon after attempt to auction, no sale;

| 6 | 2014 Freightliner | $0.00 | $0.00 | | $0.00 | FA | $52,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Bank of Ozark; Order lifting stay entered at Doc 48
Removed as an asset per Amended A/B (DE 55)

| 7 | 5 Acre Lot/Building | $60,000.00 | $60,000.00 | | $63,295.90 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Order granting Motion to sell property at public sale (Doc 84); Property sold pursuant to sales agreement. Net proceeds of $63,295.90 received for asset 7 & 9. Payment recorded on asset 7.

| 8 | Duplicate - Skidder | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Sumitomo Mitsui Finance & Leasing Co.; Relief from Stay granted at Doc 40

| 9 | 5 acre tract unimproved | $20,000.00 | $20,000.00 | | $0.00 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Order granting Motion to sell property at public sale (Doc 84); Property sold pursuant to sales agreement. Net proceeds of $63,295.90 received for asset 7 & 9. Payment recorded on asset 7.

| 10 | 2010 GMC Yukon | $8,000.00 | $0.00 | | $0.00 | FA | $95,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Capital Bank

| 11 | Duplicate - 2012 Tigercat 720 E and Tigercat Sawhead | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Sumitoto Mitsui Finance; Relief from stay granted at Doc 40

| 12 | (2) 2012 Freighliner Cascadia trucks | $34,000.00 | $0.00 | | $0.00 | FA | $36,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lien Holder: Bank of Ozark; Stay Lifted Pursuant to doc 40

| 13 | 2017 Tigercat 360 E Skidder | $244,000.00 | $84,500.00 | | $0.00 | FA | $159,500.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Sumitoto Mitsui Finance; Relief from stay granted at Doc 48

| 14 | 2015 Barko Loader | $120,000.00 | $0.00 | | $0.00 | FA | $162,750.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

**Asset Notes:** Lienholder: Sumitomo Finance and Leasing Company; Order granting relief from stay at Doc 48

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No.: | 19-80399 | Trustee Name: | James B. Angell - Middle District |
|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | Date Filed (f) or Converted (c): | 06/04/2019 (f) |
| For the Period Ending: | 9/10/2021 | §341(a) Meeting Date: | 06/28/2019 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| TOTALS (Excluding unknown value) | $861,500.00 | $180,620.00 | | $79,415.90 | $0.00 | $967,250.00 | $0.00 |

**Major Activities affecting case closing:**
   THE TRUSTEE IS OBJECTING TO AN AMENDED CLAIM FILED BY SUMITOMO AND IS PREPARING TO CLOSE THE CASE.

   FOURTH INTERIM REPORT

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ JAMES B. ANGELL - MIDDLE DISTRICT OF NC |
| Current Projected Date Of Final Report (TFR): | 03/31/2021 | JAMES B. ANGELL - MIDDLE DISTRICT OF NC |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-80399 | | | Trustee Name: | James B. Angell |
|---|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9284 | | | Checking Acct #: | ******0399 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/4/2019 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/10/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2020 | (7) | BAIN & MCREA LLP TRUST ACCOUNT | Payment pursuant to sales agreement | 1110-000 | $63,295.90 | | $63,295.90 |
| 06/19/2020 | (3) | SANDERFORD TRUCKING | SALE OF DUMP TRUCK | 1229-000 | $1,000.00 | | $64,295.90 |
| 07/09/2020 | 3001 | Iron Horse Auction Company, Inc. | Commission & expenses pursuant to order doc 97 | * | | $7,500.00 | $56,795.90 |
| | | | $(6,000.00) | 3610-000 | | | $56,795.90 |
| | | | $(1,500.00) | 3620-000 | | | $56,795.90 |
| 08/26/2020 | (1) | IRON HORSE AUCTION COMPANY | | 1129-000 | $15,120.00 | | $71,915.90 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $86.76 | $71,829.14 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $104.74 | $71,724.40 |
| 10/12/2020 | 3002 | Iron Horse Auction Company | Payment pursuant to order (Doc 115) | * | | $2,527.50 | $69,196.90 |
| | | | $(2,100.00) | 3610-000 | | | $69,196.90 |
| | | | $(427.50) | 3620-000 | | | $69,196.90 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $103.57 | $69,093.33 |
| 04/13/2021 | 3003 | Williams Overman PierceLLP | Payment pursuant to order (Doc 133) | 3410-000 | | $4,805.00 | $64,288.33 |
| 06/08/2021 | 3004 | Thomas Tire Commercial & Off Road | Claim #: 2; Amount Allowed: 4,984.36; Amount Claimed: 4,984.36; Distribution Dividend: 25.15; Dividend: 1.94; Account Number: ; Amount Allowed: 4,984.36; Am | 7100-000 | | $1,253.49 | $63,034.84 |
| 06/08/2021 | 3005 | CENTRAL CAROLINA POWER | Claim #: 4; Amount Allowed: 766.95; Amount Claimed: 766.95; Distribution Dividend: 25.15; Dividend: 0.30; Account Number: ; Amount Allowed: 766.95; Am | 7100-000 | | $192.88 | $62,841.96 |
| 06/08/2021 | 3006 | Direct Capital | Claim #: 5; Amount Allowed: 78,205.09; Amount Claimed: 78,205.09; Distribution Dividend: 25.15; Dividend: 30.59; Account Number: ; Amount Allowed: 78,205.09; Am | 7100-000 | | $19,667.35 | $43,174.61 |
| 06/08/2021 | 3007 | Hussey Oil Co., LLC | Claim #: 6; Amount Allowed: 9,541.76; Amount Claimed: 9,541.76; Distribution Dividend: 25.15; Dividend: 3.73; Account Number: ; Amount Allowed: 9,541.76; Am | 7100-000 | | $2,399.60 | $40,775.01 |
| 06/08/2021 | 3008 | U.S. Bank NA dba Elan Financial Services | Claim #: 7; Amount Allowed: 1,922.65; Amount Claimed: 1,922.65; Distribution Dividend: 25.15; Dividend: 0.75; Account Number: ; Amount Allowed: 1,922.65; Am | 7100-000 | | $483.52 | $40,291.49 |
| | | | | **SUBTOTALS** | $79,415.90 | $39,124.41 | |

| Case No. | 19-80399 | | | Trustee Name: | James B. Angell |
|---|---|---|---|---|---|
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9284 | | | Checking Acct #: | ******0399 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/4/2019 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/10/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2021 | 3009 | Sumitomo Mitsui Finance and Leasing Company, | Claim #: 8; Amount Allowed: 70,071.50; Amount Claimed: 70,071.50; Distribution Dividend: 25.15; Dividend: 27.41; Account Number: ; Amount Allowed: 70,071.50; Am | 7100-000 | | $17,621.88 | $22,669.61 |
| 06/08/2021 | 3010 | Bobby Main Sr. | Claim #: 9; Amount Allowed: 3,895.00; Amount Claimed: 3,895.00; Distribution Dividend: 25.15; Dividend: 1.52; Account Number: ; Amount Allowed: 3,895.00; Am | 7100-000 | | $979.53 | $21,690.08 |
| 06/08/2021 | 3011 | Internal Revenue Service | Claim #: 10; Amount Allowed: 152.81; Amount Claimed: 152.81; Distribution Dividend: 100.00; Dividend: 0.23; Account Number: ; Amount Allowed: 152.81; Am | 5800-000 | | $152.81 | $21,537.27 |
| 06/08/2021 | 3012 | 401 West Valley Ave | Claim #: 11; Amount Allowed: 8,523.88; Amount Claimed: 8,523.88; Distribution Dividend: 25.15; Dividend: 3.33; Account Number: ; Amount Allowed: 8,523.88; Am | 7100-000 | | $2,143.62 | $19,393.65 |
| 06/08/2021 | 3013 | Rufus L. Johnson Sr. | Claim #: 12; Amount Allowed: 675.00; Amount Claimed: 675.00; Distribution Dividend: 25.15; Dividend: 0.26; Account Number: ; Amount Allowed: 675.00; Am | 7100-000 | | $169.75 | $19,223.90 |
| 06/08/2021 | 3014 | James B. Angell | Trustee Compensation | 2100-000 | | $7,220.79 | $12,003.11 |
| 06/08/2021 | 3015 | James B. Angell | Trustee Expenses | 2200-000 | | $333.36 | $11,669.75 |
| 06/08/2021 | 3016 | Howard, Stallings, From, Atkins, Angell & Davis, PA | Claim #: 3110; Amount Allowed: 11,654.00; Amount Claimed: 11,654.00; Distribution Dividend: 100.00; Dividend: 18.12; Account Number: ; Amount Allowed: 11,654.00; Am | 3110-000 | | $11,654.00 | $15.75 |
| 06/08/2021 | 3017 | Howard, Stallings, From, Atkins, Angell & Davis, PA | Claim #: 3120; Amount Allowed: 15.75; Amount Claimed: 15.75; Distribution Dividend: 100.00; Dividend: 0.02; Account Number: ; Amount Allowed: 15.75; Am | 3120-000 | | $15.75 | $0.00 |
| 07/20/2021 | 3013 | STOP PAYMENT: Rufus L. Johnson Sr. | Claim #: 12; Amount Allowed: 675.00; Amount Claimed: 675.00; Distribution Dividend: 25.15; Dividend: 0.26; Account Number: ; Amount Allowed: 675.00; Am | 7100-004 | | ($169.75) | $169.75 |
| 07/20/2021 | 3018 | Clerk, U.S. Bankruptcy Court | Payment of Unclaimed Funds Pursuant to Order (Doc 150) | 2700-000 | | $169.75 | $0.00 |

        SUBTOTALS    $0.00    $40,291.49

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | |
|---|---|
| Case No. | 19-80399 |
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. |
| Primary Taxpayer ID #: | **-***9284 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2019 |
| For Period Ending: | 9/10/2021 |

| | |
|---|---|
| Trustee Name: | James B. Angell |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0399 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $79,415.90 | $79,415.90 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $79,415.90 | $79,415.90 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $79,415.90 | $79,415.90 | |

**For the period of  6/4/2019 to 9/10/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,415.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $79,415.90 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/02/2020 to 9/10/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,415.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $79,415.90 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 19-80399 | |
| Case Name: | JOE SANDERFORD AND SON LOGGING, INC. | |
| Primary Taxpayer ID #: | **-***9284 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/4/2019 | |
| For Period Ending: | 9/10/2021 | |

| | |
|---|---|
| Trustee Name: | James B. Angell |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0399 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $79,415.90 | $79,415.90 | $0.00 |

**For the period of 6/4/2019 to 9/10/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,415.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,415.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/04/2019 to 9/10/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,415.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,415.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,415.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,415.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES B. ANGELL

JAMES B. ANGELL